IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD E. ANDERSON,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,

    Defendant.

No. C 08-04195 WHA

**CASE MANAGEMENT ORDER AND ORDER OF STAY**

    This civil action is **STAYED** pending the appeal in related action No. C07-03527 WHA. A further case management conference will be held on **JULY 9, 2009, AT 11:00 A.M.** If the circuit court decides sooner, please advise the Court.

    **IT IS SO ORDERED.**

Dated: December 11, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE