IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD E. ANDERSON,

    Plaintiff,

  v.

AMERICAN AIRLINES, INC.,

    Defendant.
                                /

No. C 08-04195 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

This civil action has been **STAYED** pending the appeal in related action No. C07-03527 WHA since December 2008. The parties advise that the Court of Appeals has not ruled on the matter so the Court, therefore, **CONTINUES** the case management conference currently set for July 9, 2009, to **OCTOBER 1, 2009, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior. If the circuit court decides before then, please so advise the Court. In the future, please do not bury a request to continue in the body of the statement.

**IT IS SO ORDERED.**

Dated: July 8, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE