IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD E. ANDERSON,

    Plaintiff,

  v.

AMERICAN AIRLINES, INC.,

    Defendant.
                             /

No. C 08-04195 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

      The case management conference currently set for October 1, 2009, is **CONTINUED** to **NOVEMBER 9, 2009, AT 11:00 A.M.** Please advise the Court when the Ninth Circuit issues its decision.

      **IT IS SO ORDERED.**

Dated: September 30, 2009.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE