**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD E. ANDERSON, | No. C 08-04195 WHA |
| Plaintiff, | |
| v. | **AMENDED ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| AMERICAN AIRLINES, INC., | |
| Defendant. / | |

The case management conference currently set for October 1, 2009, is **CONTINUED** to *NOVEMBER 12, 2009*, **AT** **11:00 A.M.** Please advise the Court when the Ninth Circuit issues its decision.

**IT IS SO ORDERED.**

Dated: September 30, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE