**United States District Court**

For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   EDWARD E. ANDERSON,
                                              No. C 08-04195 WHA
11            Plaintiff,

12      v.

13   AMERICAN AIRLINES, INC.,                 **ORDER REFERRING PLAINTIFF'S**
                                              **AFFIDAVIT TO ASSIGNMENT**
14            Defendant.                      **COMMITTEE FOR REASSIGNMENT**
                                   /          **OF AFFIDAVIT TO DISQUALIFY**
15

16          In this employment law action, plaintiff Edward E. Anderson filed an affidavit to

17   disqualify the undersigned judge (Dkt. No. 39).  This is the second action that plaintiff Anderson

18   has brought against his employer, defendant American Airlines, Inc.  Plaintiff works as a skycap

19   for defendant at San Francisco International Airport.  The first action alleged — and this action

20   now alleges — that when defendant began assessing a $2 per bag charge for curbside baggage

21   check-in, plaintiff's compensation was reduced and his rights were violated.  Plaintiff's first

22   action came to a close in June 2008 when the undersigned granted summary judgment in favor of

23   defendant (Case No. 3:07-CV-03527-WHA).  Plaintiff subsequently filed this action, which was

24   deemed related to his first action and reassigned to the undersigned in November 2008.  Due to

25   the similarities between the two actions, this case was stayed in December 2008 pending the

26   resolution of plaintiff's appeal in the first action.  On October 14, 2009, the Ninth Circuit

27   affirmed summary judgment in the previous case.  Plaintiff's affidavit to disqualify was not filed

28

1  until December 1, 2009 — two weeks after defendant filed a motion to dismiss on the basis of

2  *res judicata* (scheduled to be heard on January 7, 2009).

3        The Court refers plaintiff's affidavit to disqualify to the Assignment Committee so that

4  it might be handled by another judge.  Only the affidavit need be reassigned.  The rest of the case

5  will stay with the undersigned unless there is a need for recusal.

6

7        **IT IS SO ORDERED.**

8

9  Dated:  December 10, 2009.

WILLIAM ALSUP
10  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2