**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD E. ANDERSON, | No. C 08-04195 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING STIPULATED CONTINUATION OF HEARING DATE ON MOTION TO DISMISS** |
| AMERICAN AIRLINES, INC. | |
| Defendant. | |

At the case management conference on November 11, 2009, defendant was ordered by the undersigned to file a motion to dismiss and notice it for a hearing on January 7, 2010. Since no reasons whatsoever have been provided by either party as to why the hearing should be continued, the parties' stipulated request to continue the hearing date to January 21, 2010, is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 14, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE