IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD E. ANDERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN AIRLINES, INC.<br><br>    Defendant.<br>_____ / | No. C 08-04195 WHA<br><br>**ORDER GRANTING CONTINUATION OF HEARING DATE TO JANUARY 21, 2010** |

The parties' amended stipulation to continue the hearing date on defendant's motion to dismiss has been received. Having reviewed the reasons set forth therein, and to allow the issue of disqualification to be fairly considered by the Honorable Judge Breyer, the parties' stipulation is hereby **GRANTED**. The hearing on the motion to dismiss, originally scheduled for January 7, 2010, shall be continued to **JANUARY 21, 2010, AT 8:00 A.M.** Filing deadlines for opposition and reply papers shall be calculated based upon the new hearing date.

**IT IS SO ORDERED.**

Dated: December 15, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE