IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD E. ANDERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN AIRLINES,<br><br>    Defendant.<br>_____/ | No. CV 08-04195 CRB<br><br>**ORDER DENYING DISQUALIFICATION** |

The Court has carefully reviewed the papers filed by both parties in connection with Plaintiff's Affidavit to Disqualify the Honorable William H. Alsop (sic) from the above-captioned case, and finds that no facts have been alleged which form a basis for Judge Alsup's disqualification. Accordingly, disqualification is DENIED.

**IT IS SO ORDERED.**

Dated: December 15, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\4195\order re disqualification.wpd