UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD E. ANDERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN AIRLINES, INC.,<br><br>        Defendants. | Case No.  C 08-4195 WHA<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Courtroom:   G, 15th Floor<br>Judge:         Bernard Zimmerman |

The Court has considered the parties Joint Motion to Continue the Settlement Conference currently scheduled for June 22, 2010, and, for good cause shown,

IT IS HEREBY ORDERED:

1. The Settlement Conference currently scheduled for June 22, 2010, is hereby vacated.

2. The parties shall appear for a Settlement Conference in the above-captioned matter on October 26, 2010, at 9:00 a.m.

IT IS SO ORDERED

DATED: June __9__, 2010

By: _[signature: Bernard Zimmerman]_
Hon. Bernard Zimmerman
United States Magistrate Judge

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.561.5300

Case No. C 08-4195 WHA