IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD E. ANDERSON,<br><br>   Plaintiff,<br><br>  v.<br><br>AMERICAN AIRLINES, INC.,<br><br>   Defendant.<br>                                                              / | No. C 08-04195 WHA<br><br>**ORDER REGARDING<br>AMENDED COMPLAINT** |

On August 12, 2010, plaintiff's motion to file an amended complaint was granted and plaintiff was ordered to file the amended complaint by noon on August 16 (Dkt. No. 71). It is now August 17, and no amended complaint has been filed. Plaintiff is reminded that the amended complaint *must* be filed as a separate entry on the docket — its attachment as an exhibit to the motion is not sufficient. If the amended complaint is not filed **BY NOON ON AUGUST 19**, then the amended complaint filed in February 2010 will be deemed the operative complaint in this action.

**IT IS SO ORDERED.**

Dated: August 17, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE