1  Law Office of Frederick C. Roesti
   965 Mission Street, Suite 445
2  San Francisco, CA 94103
   Tel 415-552-3733
3  Fax 415-552-849
   E-mail: frederickcroesti@aol.com
4  Attorney for Plaintiff
   Edward E. Anderson
5

6                      IN THE UNITED STATE DISTRICT COURT

7                         NORTHERN DISTRICT OF CALIFORNIA

8                               SAN FRANCISCO-BRANCH

9  EDWARD E. ANDERSON,              )   Case No. 08-4195WHA
                                    )
10         Plaintiff,                )   STIPULATION TO REQUEST
                                    )   CONTINUANCE OF CALENDARED
11     v.                           )   SETTLEMENT CONFERENCE FROM
                                    )   OCTOBER 26, 2010 at 9:30 a.m. TO
12 AMR The parent of AMERICAN       )   JANUARY 18, 2011 at 9:30 a.m
   AIRLINES INC. AMERICAN AIRLINES  )
13 and Does 1 through 5, inclusive,  )   Honorable Magistrate Zimmerman
                                    )   Courtroom G on the 15th Floor
14         Defendants

15 ─────────────────────────────────

16     The parties are engaged in discovery, and therefore,

17     IT IS STIPULATED by the parties through their attorneys that the Settlement

18 Conference calendared in this case for October 26, 2010 at 9:30 a.m. to be held before

19 Magistrate Zimmerman be continued to January 18, 2011 at 9:30 a.m.

20     IT IS SO AGREED:

21     Dated: October 14, 2010      By: _____
                                        Frederick C. Roesti, attorney for
22                                      Plaintiff Edward E. Anderson

23     Dated: October 14, 2010      By: _____
                                        Kenneth R. O'Brien, LITTLER AND
24                                      MENDELSON, attorney for
                                        Defendant American Airlines, Inc.
25

26                                      [DENIED stamp — Judge Bernard Zimmerman]

27

28                                                          DATED: October 18, 2010