UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD E. ANDERSON,<br><br>      Plaintiff(s),<br><br>  v.<br><br>AMERICAN AIRLINES INC.,<br><br>      Defendant(s). | No. C08-4195 WHA (BZ)<br><br>ORDER RE OVERDUE PAPERS |

TO:  Plaintiff and its attorney of record:

On May 27, 2010, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for October 26, 2010.  Your statement was due October 19, 2010.  It was not received by chambers.

It is hereby **ORDERED** that if a statement is not lodged by the close of business tomorrow, **October 21, 2010**, plaintiff and its attorney of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: October 20, 2010

                                    Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-REFS\REFS.2010\ANDERSON V AMERICAN AIRLINES LATE PAPER ORD.wpd

1