UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD E. ANDERSON,<br>          Plaintiff(s),<br>     v.<br>AMERICAN AIRLINES INC.,<br>          Defendant(s). | No. C08-4195 WHA (BZ)<br><br>**ORDER GRANTING REQUEST TO EXCUSE IN-HOUSE COUNSEL FROM PERSONALLY ATTENDING THE SETTLEMENT CONFERENCE** |

Having read defendant's request to have in-house counsel from personally attending the settlement conference and good cause appearing, **IT IS HEREBY ORDERED** that American may attend the settlement conference by telephone.  American's representative, Marjorie Powell must immediately be available by phone for all purposes at all times during the settlement conference.

Dated: October 22, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2010\AMERICAN ORD GRANTING RQST TO APPEAR BY PHONE.wpd

1