IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD E. ANDERSON,

    Plaintiff,

  v.

AMERICAN AIRLINES,

    Defendant.

No. C 08-04195 WHA

**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

The Court **SETS** meet-and-confer starting from **10:00 A.M. AND ENDING AT 2:00 P.M. ON WEDNESDAY, JANUARY 19, 2011**, in the Attorney's Lounge on the eighteenth floor of the federal courthouse. At 2:00 p.m., the Court shall hear any remaining unresolved issue(s) in Courtroom No. 9. Defendant's response is due by noon on January 18.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: January 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE