IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD E. ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN AIRLINES, INC.,<br><br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 08-04195 WHA<br><br>**ORDER PARTIALLY GRANTING PLAINTIFF'S REQUEST TO CHANGE BRIEFING DEADLINES** |

　　　　Attorney Frederick C. Roesti's February 4 letter is acknowledged. In that letter, Attorney Roesti explains that technical difficulties caused him to file plaintiff's summary judgment motion and supporting documents one day late. Attorney Roesti requests that his late-filed documents be accepted and that the deadline for defendant's opposition to the motion be extended by two days to cure any prejudice.

　　　　Attorney Roesti's request is **GRANTED IN PART**. The Court will exercise its discretion to consider the late-filed documents without deeming them timely filed. The deadline for defendant to file an opposition to plaintiff's summary judgment motion is hereby extended by **ONE DAY**. All other briefing and hearing deadlines remain unchanged. Attorney Roesti is put on notice that this order does *not* grant him a license to miss future filing deadlines.

　　　　**IT IS SO ORDERED.**

Dated: February 7, 2011.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE