IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD E. ANDERSON,

    Plaintiff,

  v.

AMERICAN AIRLINES, Inc.,

    Defendant.

No. C 08-04195 WHA

**ORDER DENYING REQUEST TO RESCHEDULE MOTION HEARING**

    Due to Attorney Roesti's failure to properly file plaintiff's motion for partial summary judgment before the applicable deadline, a February 8 order altered the briefing schedule and hearing date for that motion. The hearing on plaintiff's summary judgment motion is now scheduled for March 17, one week after the hearing on defendant's summary judgment motion. On February 18, Attorney Roesti filed a letter requesting that the hearing on plaintiff's summary judgment motion be moved back one week to March 10, the same date on which defendant's summary judgment motion will be heard. The letter represents that defendant's counsel oppose the request.

    Good cause not having been shown, Attorney Roesti's request to reschedule the hearing on plaintiff's summary judgment motion is **DENIED**. The briefing schedule and hearing date on this motion will remain as set in the February 8 order.

    **IT IS SO ORDERED.**

Dated: February 22, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE