IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD E. ANDERSON,

    Plaintiff,

  v.

AMERICAN AIRLINES, INC.,

    Defendant.

No. C 08-04195 WHA

**ORDER REGARDING APRIL 1 LETTER FROM ATTORNEY ROESTI**

On March 9, defendant's motion for summary judgment on all claims was granted, and judgment was entered in favor of defendant and against plaintiff. On April 1, Attorney Roesti filed a letter on plaintiff's behalf "in order to invite the court to vacate the judgment sua sponte." The letter accused the undersigned judge of racial prejudice against African Americans, personal bias against Attorney Roesti, and a conflict of interest regarding American Airlines. The letter argued that legal and factual errors had been committed in the order granting summary judgment, and it inferred that these supposed errors resulted from improper motives (Dkt. No. 146).

Letters are not the proper way to seek relief from the Court. No action will be taken on Attorney Roesti's letter. If plaintiff seeks further action from this Court, then plaintiff should file a timely motion for relief.

**IT IS SO ORDERED.**

Dated: April 4, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE