IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD E. ANDERSON,

    Plaintiff,

  v.

AMERICAN AIRLINES, INC.,

    Defendant.

No. C 08-04195 WHA

**ORDER REGARDING APRIL 14 AFFIDAVIT**

On April 13, Judge Chesney issued an order denying plaintiff's second motion for recusal of the undersigned judge. The order noted that "such motion is procedurally defective in that it is not supported by an affidavit." In denying the motion, however, the order set "any procedural defect aside" and found "no basis for the relief requested" in the record (Dkt. No. 158).

About an hour later, plaintiff filed an affidavit "in support of disqualification" of the undersigned judge. The affidavit sets forth the same pattern of facts and arguments that was referred to Judge Chesney as constituting a second motion for recusal. It does not present any new substance (Dkt. No. 159).

If plaintiff's recent submission was an attempt to cure the procedural defect of his second motion for recusal, it is moot. The motion was denied on other, substantive, grounds. If plaintiff's recent submission was intended as a request for reconsideration of the order denying his second motion for recusal, or if it was intended as a third motion for recusal, it is not in proper form. Letters and affidavits are not the proper way to seek relief from the Court. No further action will be taken on plaintiff's April 13 affidavit. If plaintiff seeks further action from this Court regarding the matters raised therein, then plaintiff should file a timely motion for relief in proper form, pursuant to the applicable rules.

**IT IS SO ORDERED.**

Dated: April 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE