IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD E. ANDERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant.<br>                                                              / | No. C 08-04195 WHA<br><br>**NOTICE RE FILING<br>OF REQUEST FOR<br>APPEAL FEE WAIVER** |

    On May 20, 2011, plaintiff submitted a request for waiver of the appeal fee. The submission was labeled "**CONFIDENTIAL**." No motion for leave to file the request under seal has been submitted.

    Pursuant to Civil Local Rule 79-5, no document may be filed under seal without a prior order authorizing the under-seal filing. Plaintiff may submit an administrative motion for leave to file the request under seal by **NOON ON MAY 25, 2011**. Any such motion must conform to the requirements of Rule 79-5. If no motion is filed, then the request for waiver of the appeal fee will be filed in the public record.

    **IT IS SO ORDERED.**

Dated: May 23, 2011.

                                                   WILLIAM ALSUP<br>                                                  UNITED STATES DISTRICT JUDGE