IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD E. ANDERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN AIRLINES, INC.,<br><br>  Defendant.<br>_____ / | No. C 08-04195 WHA<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL** |

Plaintiff moves for waiver of the appeal filing fee "and other appeal fees and costs." Plaintiff's motion is hereby deemed an application to proceed in forma pauperis for purposes of the appeal in this action. The motion is supported by a detailed declaration describing plaintiff's personal finances (Dkt. No. 176). Good cause having been shown, the application is **GRANTED**. Plaintiff may proceed in forma pauperis for the appeal.

**IT IS SO ORDERED.**

Dated: May 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE