**United States District Court**
For the Northern District of California

1

2                    IN THE UNITED STATES DISTRICT COURT

3

4                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6     EDWARD E. ANDERSON,                          No. C 08-04195 WHA

7              Plaintiff,

8        v.                                        **ORDER REGARDING**
                                                   **TRANSCRIPT COSTS**
9     AMERICAN AIRLINES, INC.,

10             Defendant.

11    _____/

12          Plaintiff's application for leave to proceed *in forma pauperis* on appeal was granted in

13   May 2011 (Dkt. No. 177).  The following month, plaintiff's counsel filed a transcript designation

14   identifying three hearing transcripts for use on appeal.  The filing stated, "If for some reason, the

15   Order Granting Application in Forma Pauperis on Appeal [*sic*] does include [*sic*] the costs of the

16   transcript [*sic*], plaintiff-appellant will pay for the costs." (Dkt. No. 180).  Counsel has since

17   attempted to obtain the transcripts at no cost on the authority of the May 2011 order.

18          "Fees for transcripts furnished in [civil] proceedings to persons permitted to appeal *in*

19   *forma pauperis* shall [] be paid by the United States if the trial judge or a circuit judge certifies

20   that the appeal is not frivolous (but presents a substantial question)."  28 U.S.C. 753(f).  The

21   May 2011 order contained no such certification.  Accordingly, it does not entitle plaintiff to a

22   waiver of the cost of transcripts.  Plaintiff must pay for the transcripts as stated at the time

23   of designation.

24

25          **IT IS SO ORDERED.**

26

27   Dated:  July 18, 2011.

28                                        _____
                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE